UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:08-cr-0030-RLY-WGH-4 |
| | ) | |
| JUSTIN MCGHEE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Justin McGhee's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the court now approves and adopts the Report and Recommendation as follows:

(1) For a period of time up to 120 days, the Defendant will reside at the Volunteers of America ("VOA"), where he will follow all rules given to him by the VOA and U.S. Probation.

(2) During Mr. McGhee's residence at the VOA, U.S. Probation shall review Mr. McGhee's compliance with the rules of the VOA every 30 days.

(3) Should U.S. Probation determine that Mr. McGhee has fully complied with the rules of the VOA, Mr. McGhee could be released from the VOA prior to the completion of the 120 day period, at the discretion of U.S. Probation.

(4) All of the other terms and conditions of Mr. McGhee's supervised release in full force and effect.

SO ORDERED this 30th day of April 2013

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joe H. Vaughn
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

William H. Dazey, Jr.
Office of the Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service